**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GENEVA WOOTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-21-934-G** |
| | ) | |
| **PILOT TRAVEL CENTERS, L.L.C,** | ) | |
| | ) | |
| **Defendant.** | ) | |

ENTER ORDER:

In consideration of the Administrative Closing Order entered June 13, 2022 (Doc. #44), settlement conference set for July 12, 2022, at 10:00 a.m. is STRICKEN.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

CARMELITA REEDER SHINN, Clerk

By:    /s/ Carrie James

Dated:   June 13, 2022
Copies to parties of record

cc:    Marcia Davis
       Jacob Buckle